**UNITED STATES  DISTRICT COURT**

Northern District of California

| | |
|---|---|
| LATONYA R. FINLEY, | No. C 13-04297 MEJ |
| Plaintiff, | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF ALAMEDA, | |
| Defendant. | |
| _____/ | |

This matter is set for an initial case management conference on December 19, 2013.  Dkt. No. 2.  On November 4, 2013, the Court granted Plaintiff Latonya Finley's Motion for Leave to Proceed in Forma Pauperis and dismissed Plaintiff's initial complaint with leave to file an amend complaint by November 22, 2013.  Dkt. No. 6.  On November 20, 2013, Plaintiff filed her Amended Complaint. Dkt. No. 7.

The Court **HEREBY SETS** the following deadlines.  Defendant shall file its consent or declination to magistrate judge jurisdiction no later than <u>December 27, 2013</u>.  The Court sets this matter for an initial case management conference on <u>January 30, 2014, at 10:00 a.m</u>.  The parties shall file a joint case management conference statement by <u>January 23, 2014</u>.

The December 19, 2013 case management conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California