UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>                    Plaintiff,<br>     v.<br><br>COUNTY OF ALAMEDA,<br><br>                    Defendant.<br>_____/ | No. C 13-04297 MEJ<br><br>**ORDER RE SERVICE OF SUMMONS AND COMPLAINT** |

On November 4, 2013, the Court granted Plaintiff Latonya Finley's Motion for Leave to Proceed in Forma Pauperis. Dkt. No. 6. However, the Court concurrently dismissed her initial Complaint with leave to amend. *Id*. at 4-5. On November 20, 2013, Plaintiff filed her Amended Complaint. Dkt. No. 7. Accordingly, the Court **ORDERS** that the Clerk of Court shall issue summons. Further, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the Amended Complaint, any attachments, Plaintiff's affidavit, the Court's Order Granting IFP (Dkt. No. 6), and this Order upon Defendant.

**IT IS SO ORDERED.**

Dated: January 8, 2014

_____
Maria-Elena James
United States Magistrate Judge