UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No.  13-cv-04297-MEJ<br><br>**ORDER VACATING JANUARY 30, 2014 INITIAL CMC** |

This matter is currently scheduled for a Case Management Conference on January 30, 2014.  Dkt. No. 8.  However, as there is a pending Motion to Dismiss (Dkt. No. 10), the Case Management Conference and all related deadlines are VACATED.  The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge