UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No. 13-cv-04297-MEJ<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 10 |

Pursuant to Civil Local Rule 7-1(b), the court finds that the Motion to Dismiss, which has been noticed for hearing on February 13, 2014, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: February 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge